## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
### STATE OF OKLAHOMA

FIRST MORTGAGE COMPANY, LLC,    )
        )
    Plaintiff,    )
        )
v.    )
        )
STRATEGIC MORTGAGE FINANCE    )
GROUP, LLC, JIM CAMERON AND    )
JEFF BABCOCK,    )
        )
    Defendants.    )

CJ-2020-3730

### SUMMONS

**To the above-named Defendant:**
Jeff Babcock
Stratmor Group
14 Redwood Drive
Ross, California 94957

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition of the Plaintiff in the court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this ⧸⧸ day of August, 2020.

RICK WARREN, Court Clerk
Oklahoma County Court Clerk

(SEAL)

BY:_____
    Deputy Court Clerk

Attorneys for Plaintiff(s):

Fred A. Leibrock, OBA #14146
Cody J. Cooper, OBA #31025
PHILLIPS MURRAH P.C.
13th Floor | Corporate Tower
101 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Fax: (405) 235-4133
faleibrock@phillipsmurrah.com
cjcooper@phillipsmurrah.com

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILEDWITHIN THE TIME LIMIT STATED IN THE SUMMONS.

01519949.DOCX

**EXHIBIT**
**1**

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| FIRST MORTGAGE COMPANY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STRATEGIC MORTGAGE FINANCE | ) |
| GROUP, LLC, JIM CAMERON AND | ) |
| JEFF BABCOCK, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PETITION

Plaintiff First Mortgage Company, LLC ("Plaintiff") for its claims against Defendants states as follows:

1.	Plaintiff is an Oklahoma limited liability company with its principal place of business in Oklahoma County, State of Oklahoma.

2.	Defendant Strategic Mortgage Finance Group LLC d/b/a Stratmor Group ("Stratmor") is a Colorado limited liability company with its principal place of business in Greenwood Village, Colorado.

3.	Defendant Jim Cameron ("Cameron") is a principal of Stratmor and a citizen of the State of Georgia.

4.	Defendant Jeff Babcock ("Babcock") is a principal of Stratmor and a citizen of the State of California.

5.	The Court has subject matter jurisdiction over the claims asserted in this action.

1

6. The Court has personal jurisdiction over the Defendants.

7. Some of the breaches and torts committed by Defendants occurred in Oklahoma County, State of Oklahoma, and venue for this action therefore properly lies in the Seventh Judicial District of Oklahoma.

8. The amount in controversy in this action exceeds $75,000.00 exclusive of interest and costs.

9. Plaintiff retained Stratmor as a mortgage finance consultant to assist it in the identification of prospective buyers for Plaintiff's business and for related consulting services. Cameron and Babcock were individually involved and responsible for the oversight of Stratmor's services and directed Stratmor's conduct.

10. Defendants connected Plaintiff to Eli Global, LLC and its principal Greg Lindberg (the "Eli Parties"). Pursuant to the advice, guidance and recommendation of Defendants, Plaintiff entered into a contractual relationship with the Eli Parties that resulted in great damage to Plaintiff due to the Eli Parties' wrongful acts.

11. Defendants knew of the Eli Parties' history of bad acts, yet recommended and counseled Plaintiff to enter into a relationship with the Eli Parties.

## FIRST CAUSE OF ACTION: FRAUD

12. Defendants owed Plaintiff a duty of candor and honesty.

13. Defendants failed to inform Plaintiff of material facts. The failure to so inform caused Plaintiff to enter into a relationship with the Eli Parties, which resulted in damages to Plaintiff.

2

14. Defendants' silence constitutes fraud for which Plaintiff is entitled to recover.

15. The limitations period on Plaintiff's fraud claim has not lapsed and, in any event, the period is extended under the discovery rule.

## SECOND CAUSE OF ACTION:  DECEIT

16. Defendants owed Plaintiff a duty of candor and honesty.

17. Defendants failed to inform Plaintiff of material facts.  The failure to so inform caused Plaintiff to enter into a relationship with the Eli Parties, which resulted in damages to Plaintiff.

18. Defendants' silence constitutes deceit for which Plaintiff is entitled to recover.

19. The limitations period on Plaintiff's deceit claim has not lapsed and, in any event, the period is extended under the discovery rule.

## THIRD CAUSE OF ACTION:  BREACH OF FIDUCIARY DUTY

20. Defendants were all Plaintiff's fiduciaries and owed Plaintiff a duty of candor and honesty.

21. Defendants failed to inform Plaintiff of material facts.  The failure to so inform caused Plaintiff to enter into a relationship with the Eli Parties, which resulted in damages to Plaintiff.

22. Defendants' silence constitutes a breach of fiduciary duty for which Plaintiff is entitled to recover.

3

23. The limitations period on Plaintiff's breach of fiduciary duty claim has not lapsed and, in any event, the period is extended under the discovery rule.

## FOURTH CAUSE OF ACTION: NEGLIGENCE

24. Defendants owed Plaintiff a duty of reasonable care in the handling of consulting services for Plaintiff.

25. Defendants failed to meet the standard of care owed to Plaintiff and were therefore negligent.

26. As a result of Defendants' negligence, Plaintiff suffered damages for which it is entitled to recover.

## FIFTH CAUSE OF ACTION: BREACH OF CONTRACT

27. The parties entered into a written contract for services.

28. Stratmor breached the terms of the contract.

29. Stratmor's breach of contract caused Plaintiff damages, for which Plaintiff is entitled to recover.

Wherefore, Plaintiff prays the Court to enter judgment in its favor and against Defendants in a sum in excess of $75,000.00 exclusive of interest and costs.

4

**JURY TRIAL DEMANDED**

Respectfully submitted,

Fred A. Leibrock, OBA #14146
Robert O. O'Bannon OBA #06734
Cody J. Cooper, OBA # 31025
**PHILLIPS MURRAH P. C.**
Corporate Tower/Thirteenth Floor
101 North Robinson
Oklahoma City, OK  73102
faleibrock@phillipsmurrah.com
roobannon@phillipsmurrah.com
cjcooper@phillipsmurrah.com
Telephone: (405) 235-4100;
Facsimile: (405) 235-4133
**ATTORNEYS FOR PLAINTIFF FIRST
MORTGAGE COMPANY**

1345206.DOCX