### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FIRST MORTGAGE COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 21-CV-00047-G |
| STRATEGIC MORTGAGE FINANCE GROUP, LLC; JIM CAMERON; and JEFF BABCOCK, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### RESPONSE TO APPLICATION TO TAX COSTS AND BILL OF COSTS

Plaintiff First Mortgage Company, LLC states that it does not object to Defendants'

Application for Costs [Doc. No. 88] or the related Bill of Costs [Doc. No. 89].

Respectfully submitted,

*s/ Fred A. Leibrock*
PHILLIPS MURRAH P. C.
Fred A. Leibrock, OBA No. 14146
424 NW 10th Street, Suite 300
Oklahoma City, OK 73103
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
faleibrock@phillipsmurrah.com
***Attorney for Plaintiff***